IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| Greg Andrew Santine | : |
|                 Debtor | : CASE NO.: 5:25-bk-00341-MJC |
| | : |
| Greg Andrew Santine | : |
|                 Movant | : |
| vs. | : |
| | : |
| M&T Bank, One Main Financial, | : |
| Exeter Borough Sewer Authority, | : |
| Wyoming Valley Sanitary Authority, | : |
| and all Parties listed on the mailing matrix | : |
| filed with the Clerk, and | : |
| Jack N. Zaharopoulos, Esquire (Trustee) | : |
|               Respondents | : |

## DEBTOR'S AFFIDAVIT

I, Greg Andrew Santine, the above Debtor, upon oath or affirmation, hereby certify as follows:

1. I filed a prior bankruptcy proceeding in the Middle District of Pennsylvania.

2. The prior case was a Chapter 13 proceeding filed on February 7, 2024, docketed to Case Number 5:24-bk-00303.

3. The prior case was dismissed on May 28, 2024, because of my failure to provide documents required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007.

4. During my prior case, I became unemployed.

5. During my prior case, I was unable to file required tax returns.

6. During my prior case, my intent was to keep my home and to cure any and all pre-petition arrears by and through the Chapter 13 Plan.

7. Prior to the filing of the pending case, I was able provide counsel with all required documents and information to comply with 11 U.S.C. §521 and Bankruptcy Rule 1007.

8. Prior to the filing of the pending case, I became employed by and through self-employment as a painter working on home remodel and renovations.

9. As identified in my proposed Chapter 13 Plan, my intent is to sell my home, which is currently listed by and through Colleen Weissman of Berkshire Hathaway.

I, Greg Andrew Santine, the above Debtor, hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

Dated: 2/24/25

Greg Andrew Santine