United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                            Case No. 25-00341-MJC
Greg Andrew Santine                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                Page 1 of 3
Date Rcvd: Feb 28, 2025                   Form ID: pdf010                             Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5687763 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687764 | #+ | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5687770 | + | Exeter Borough Sewer Fee, PO Box 41, Wilkes Barre, PA 18703-0041 |
| 5687778 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5687783 | | PPL Electric Utilities, 827 Hausman Road, Pittston, PA 18643 |
| 5687789 | + | UGI Utilities Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 5687790 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes Barre, PA 18703 |
| 5687791 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5687766 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 28 2025 18:47:16 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5687765 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 28 2025 18:47:16 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5688436 | + | Email/Text: bankruptcy@cavps.com | Feb 28 2025 18:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5687767 | | Email/Text: bankruptcy@credencerm.com | Feb 28 2025 18:47:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687768 | | Email/Text: bankruptcy@credencerm.com | Feb 28 2025 18:47:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687769 | | Email/Text: bankruptcy@credencerm.com | Feb 28 2025 18:47:00 | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687773 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 28 2025 18:47:00 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5687774 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 28 2025 18:47:00 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5689489 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 28 2025 18:47:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5687771 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2025 18:49:27 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5687772 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 28 2025 18:48:53 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5687775 | | Email/Text: cs.bankruptcy@jmcbiz.com | Feb 28 2025 18:47:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687777 | | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5687776 | | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5692057 | | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5689477 | + | Email/Text: camanagement@mtb.com | Feb 28 2025 18:47:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5687779 | | Email/PDF: cbp@omf.com | Feb 28 2025 18:49:11 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5687780 | | Email/PDF: cbp@omf.com | Feb 28 2025 18:48:57 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5691163 | + | Email/PDF: cbp@omf.com | Feb 28 2025 18:49:26 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5687781 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 28 2025 18:47:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5687784 | | ^ MEBN | Feb 28 2025 18:39:53 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5687782 | | ^ MEBN | Feb 28 2025 18:39:47 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1139 |
| 5688108 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5687785 | | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 28 2025 18:47:16 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5687787 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 28 2025 18:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5687786 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 28 2025 18:47:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5687788 | | Email/Text: bkrcy@ugi.com | Feb 28 2025 18:47:00 | UGI Utilities Inc, P.O. Box 13009, Reading, PA 19612 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2025          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Greg Andrew Santine, | : | Case No. 5:25-bk-00341-MJC |
| | : | |
| Debtor. | : | |

| | |
|---|---|
| Greg Andrew Santine, | : |
| | : |
| Movant, | : |
| vs. | : |
| | : |
| M&T Bank, One Main Financial, | : |
| Exeter Borough Sewer Authority, | : |
| Wyoming Valley Sanitary Authority, | : |
| and all parties listed on the mailing | : |
| matrix filed with the Clerk, and | : |
| Jack N. Zaharopoulos, Esquire (Trustee), | : |
| | : |
| Respondents. | : |

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Dkt. # 11 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on February 27, 2025, and good cause having been demonstrated by the Movant, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: February 28, 2025