United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00341-MJC |
| Greg Andrew Santine | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 10, 2025 | Form ID: ntcnfhrg | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5687763 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687764 | #+ | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5687770 | + | Exeter Borough Sewer Fee, PO Box 41, Wilkes Barre, PA 18703-0041 |
| 5687778 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5687783 | | PPL Electric Utilities, 827 Hausman Road, Pittston, PA 18643 |
| 5687789 | + | UGI Utilities Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 5687790 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes Barre, PA 18703 |
| 5687791 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5687766 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 10 2025 18:52:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5687765 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 10 2025 18:52:51 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5688436 | + | Email/Text: bankruptcy@cavps.com | Mar 10 2025 18:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5687767 | | Email/Text: bankruptcy@credencerm.com | Mar 10 2025 18:53:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687768 | | Email/Text: bankruptcy@credencerm.com | Mar 10 2025 18:53:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687769 | | Email/Text: bankruptcy@credencerm.com | Mar 10 2025 18:53:00 | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687773 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 10 2025 18:52:00 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5687774 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 10 2025 18:52:00 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5689489 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 10 2025 18:52:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5687771 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 10 2025 18:58:32 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5687772 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 10 2025 18:47:17 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |

| | | | | |
|---|---|---|---|---|
| 5687775 | | Email/Text: cs.bankruptcy@jmcbiz.com | Mar 10 2025 18:53:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687777 | | Email/Text: camanagement@mtb.com | Mar 10 2025 18:52:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5687776 | | Email/Text: camanagement@mtb.com | Mar 10 2025 18:52:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5692057 | | Email/Text: camanagement@mtb.com | Mar 10 2025 18:52:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5689477 | + | Email/Text: camanagement@mtb.com | Mar 10 2025 18:52:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5687779 | | Email/PDF: cbp@omf.com | Mar 10 2025 18:47:38 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5687780 | | Email/PDF: cbp@omf.com | Mar 10 2025 18:46:29 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5691163 | + | Email/PDF: cbp@omf.com | Mar 10 2025 18:57:56 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5687781 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 10 2025 18:53:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5687784 | ^ | MEBN | Mar 10 2025 18:41:26 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5687782 | ^ | MEBN | Mar 10 2025 18:41:13 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1139 |
| 5688108 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2025 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5687785 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 10 2025 18:52:51 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5693415 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 10 2025 18:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5687787 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 10 2025 18:52:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5687786 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 10 2025 18:52:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5687788 | | Email/Text: bkrcy@ugi.com | Mar 10 2025 18:53:00 | UGI Utilities Inc, P.O. Box 13009, Reading, PA 19612 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Mar 10, 2025 | Form ID: ntcnfhrg | Total Noticed: 37 |

Date: Mar 12, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Greg Andrew Santine,
aka Greg A. Santine, aka Greg Santine,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−00341−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 17, 2025 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2025 |

ntcnfhrg (08/21)