UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GREG ANDREW SANTINE | : | |
|    Debtor | : | CASE NO. 5:25-bk-00341-MJC |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | |
| | : | |
| vs | : | |
| | : | |
| GREG ANDREW SANTINE | : | |
|    Respondent | : | |

## CERTIFICATE OF DEFAULT

AND NOW, on May 5, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Agatha R. McHale, Esquire, and certifies that on April 17, 2025 the Court issued an Order directing Debtor to file an amended plan in fourteen (14) days. As of May 5, 2025, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: May 5, 2025,

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

# CERTIFICATE OF SERVICE

        AND NOW, on May 5, 2025, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

<u>Served Electronically</u>
JASON P PROVINZANO
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA 18701

Attorney for Debtor

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102


<u>Served by 1st Class Mail</u>
GREG ANDREW SANTINE
74 MASON STREET
EXETER, PA 18643


                                             /s/Ashley Schott
                                             Ashley Schott,
                                             For Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee