United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-00341-MJC
Greg Andrew Santine  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: May 07, 2025      Form ID: pdf010      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Greg Andrew Santine, 74 Mason Street, Exeter, PA 18643-1802 |
| 5687763 | | Astound Broadband Powered by, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687764 | #+ | Benedict James Santine II, 461 Wilson Street, Pittston, PA 18643-1025 |
| 5687770 | + | Exeter Borough Sewer Fee, PO Box 41, Wilkes Barre, PA 18703-0041 |
| 5687778 | + | MKL Law Group PC, Mellon Independence Center, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5687783 | | PPL Electric Utilities, 827 Hausman Road, Pittston, PA 18643 |
| 5687789 | + | UGI Utilities Inc, PO Box 15503, Wilmington, DE 19850-5503 |
| 5687790 | | Wyoming Valley Sanitary Authority, PO Box 33A, Wilkes Barre, PA 18703 |
| 5687791 | + | Wyoming Valley Sanitary Authority, 179 S. Wyoming Avenue, Kingston, PA 18704-3405 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5687766 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 07 2025 18:52:53 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Fl 4, Sherman Oaks, CA 91411-2532 |
| 5687765 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 07 2025 18:52:53 | Caine & Weiner, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5688436 | + | Email/Text: bankruptcy@cavps.com | May 07 2025 18:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5687767 | | Email/Text: bankruptcy@credencerm.com | May 07 2025 18:52:00 | Credence Resource Mana, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687768 | | Email/Text: bankruptcy@credencerm.com | May 07 2025 18:52:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687769 | | Email/Text: bankruptcy@credencerm.com | May 07 2025 18:52:00 | Dish Network L.L.C., 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 5687773 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 07 2025 18:52:00 | FM/Firstma, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5687774 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 07 2025 18:52:00 | FM/Firstma, Attn: Bankruptcy, 121 S 13th St, Ste 201, Lincoln, NE 68508-1911 |
| 5689489 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 07 2025 18:52:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 5687771 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 07 2025 18:57:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5687772 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 07 2025 18:58:27 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 5687775 | Email/Text: cs.bankruptcy@jmcbiz.com | May 07 2025 18:52:00 | Joseph Mann & Creed, 8948 Canyon Falls Blvd, Twinsburg, OH 44087-1900 |
| 5687777 | Email/Text: camanagement@mtb.com | May 07 2025 18:52:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5687776 | Email/Text: camanagement@mtb.com | May 07 2025 18:52:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5692057 | Email/Text: camanagement@mtb.com | May 07 2025 18:52:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5689477 | + Email/Text: camanagement@mtb.com | May 07 2025 18:52:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5687779 | Email/PDF: cbp@omf.com | May 07 2025 18:57:52 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5687780 | Email/PDF: cbp@omf.com | May 07 2025 18:58:19 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5691163 | + Email/PDF: cbp@omf.com | May 07 2025 18:58:27 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5687781 | + Email/Text: csc.bankruptcy@amwater.com | May 07 2025 18:52:00 | PA American Water, 852 Wesley Drive, Mechanicsburg, PA 17055-4475 |
| 5687784 | ^ MEBN | May 07 2025 18:46:16 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5687782 | ^ MEBN | May 07 2025 18:46:08 | PPL Electric Utilities, 2 N. Ninth St., Allentown, PA 18101-1139 |
| 5688108 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2025 18:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5687785 | Email/Text: caineweiner@ebn.phinsolutions.com | May 07 2025 18:52:53 | Progressive, PO Box 55848, Sherman Oaks, CA 91413-0848 |
| 5693415 | + Email/Text: enotifications@santanderconsumerusa.com | May 07 2025 18:52:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5687787 | Email/Text: enotifications@santanderconsumerusa.com | May 07 2025 18:52:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5687786 | Email/Text: enotifications@santanderconsumerusa.com | May 07 2025 18:52:00 | Santander Consumer USA, Inc, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5687788 | Email/Text: bkrcy@ugi.com | May 07 2025 18:52:00 | UGI Utilities Inc, P.O. Box 13009, Reading, PA 19612 |
| 5701175 | Email/PDF: ebn_ais@aisinfo.com | May 07 2025 18:58:23 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Greg Andrew Santine MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Greg Andrew Santine

                                  Debtor 1

Chapter: 13
Case No.: 5:25-bk-00341-MJC

Jack N. Zaharopoulos

    vs.                  Movant(s)

Greg Andrew Santine

                            Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, Dkt. # 30, certifying Debtor's failure to comply with this Court's Order of April 17, 2025, directing Debtor to file an Amended Plan within fourteen (14) days from the date thereof, Dkt. # 29 ("Order"), and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-captioned case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: May 7, 2025